THIRD DEPARTMENT, NOVEMBER, 1970

(November 5, 1970)

■    THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAYMOND LEE, Appellant.—

Judgment affirmed. Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Sweeney, JJ., concur.

■    WILLIAM C. TWEEDIE, Appellant, v. DOUGLAS H. REED et al., Respondents.—

Herlihy, P. J., Reynolds, Staley, Jr., Cooke and Sweeney, JJ., concur.